**ILG Legal Office**
Stephen Noel Ilg (SBN 275599)
555 California Street, Suite 4925
San Francisco, CA 94104
Tel:    415-580-2574
Fax:    440-632-9843
Email: silg@ilglegal.com

Attorneys for Plaintiff BEN SCHULTZ

MORGAN, LEWIS & BOCKIUS LLP
Melinda S. Riechert, State Bar No. 65504
Lyndsey M. Marcelino, State Bar No. 299879
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: +1.415.442.1000
Fax: +1.415.442.1001
mriechert@morganlewis.com
lyndsey.marcelino@morganlewis.com

Attorneys for Defendant
WALGREEN CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN SCHULTZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALGREEN CO., an Illinois corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:15-cv-04774-LB<br><br>**INDIVIDUAL COMPLAINT**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41(a)(1)(A)(ii)** |

-1-

*Schultz v. Walgreen Co.*
Stipulation and [Proposed] Order for Dismissal with Prejudice

**STIPULATION**

Plaintiff BEN SCHULTZ and Defendant WALGREEN CO., (collectively, the "Parties"), acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal of this action with prejudice, including all claims and counterclaims stated herein against all Parties, with each party to bear its own attorney's fees and costs.

It is so stipulated.

Dated: January 14, 2016               ILG Legal Office

/s/ Stephen Noel Ilg
_____
Stephen Noel Ilg
Attorneys for Plaintiff BEN SCHULTZ

Dated: January 14, 2016               MORGAN, LEWIS & BOCKIUS LLP

/s/ Melinda Riechert
_____
Melinda S. Riechert
Attorneys for Defendant
WALGREEN CO.

ILG Legal Office
555 California Street, Suite 4925
San Francisco, CA 94104
(415) 580-2574

**[PROPOSED] ORDER**

The stipulation of the Parties is approved. The entire action is hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 15, 2016

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge

ILG Legal Office
555 California Street, Suite 4925
San Francisco, CA 94104
(415) 580-2574

-3-

*Schultz v. Walgreen Co.*
Stipulation and [Proposed] Order for Dismissal with Prejudice